FILED
2010 Jan-26 PM 12:15
U.S. DISTRICT COURT
N.D. OF ALABAMA

```
          IN THE UNITED STATES DISTRICT COURT
         FOR THE NORTHERN DISTRICT OF ALABAMA
                   SOUTHERN DIVISION

KIM H. TOWNSEL,                  }
                                 }
     Plaintiff,                  }
                                 }       CIVIL ACTION NO.
v.                               }       08-AR-2276-S
                                 }
HOMEWOOD CITY BOARD OF           }
EDUCATION,                       }
                                 }
     Defendant.                  }
```

## MEMORANDUM OPINION

Plaintiff's renewed motion for a stay was heard on this date. During the hearing, the following concessions were made by the parties:

1.   The correct name of the only defendant is Homewood City Board of Education.  It will hereinafter appear in the style.

2.   Plaintiff, Kim H. Townsel, disclaims and abandons all claims, except pursuant to the Age Discrimination Employment Act of 1987 ("ADEA").  In other words, she makes no claim under 42 U.S.C. § 1983 of any constitutional violation that could be attributed ro individual defendants.

3.   No one can know with certainty when or if Congress will act on a proposed amendment to a ADEA that, if enacted, might or might not affect this case.

4.   The November 30, 2009 deadline for completion of discovery has elapsed without any discovery being undertaken, because the parties were waiting to see of whether the court would

grant a stay.

During oral argument, the court shared with the parties its views on these matters, but because some rulings may be dispositive, they will be separately ordered.

DONE this 26th day of January, 2010.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE